**Motion Denied, Appeal Dismissed, and Memorandum Opinion filed June 30, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00137-CV

## ISAURA MORALES AND FRANCISCO TORO, Appellants

## V.

## KARLA VACA AS ATTORNEY-IN-FACT FOR ALBERTO L. VACA, Appellee

**On Appeal from the County Court at Law No 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-CCV-052415**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 5, 2014. The clerk's record was filed February 27, 2015. No reporter's record was taken. No brief was filed.

On April 21, 2015, this court issued an order stating that unless appellants submitted a brief on or before May 21, 2015, the court would dismiss the appeal

for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellants filed no response.  Accordingly, the appeal is ordered DISMISSED. Appellee's motion to dismiss is DENIED AS MOOT.


PER CURIAM


Panel consists of Justices Boyce, McCally, and Donovan.